UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dennis M. Cavanaugh

v. : Docket. No. 09-00102-001

TERREKE BRANCH :

: BAIL MODIFICATION ORDER

This matter having come before the Court on the application of the defendant Terreke Branch by his Attorney Olubukola O. Adetula, and Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant U.S. Attorney, appearing), having consented to same, and the United States Pre-trial Services office, (by Barbara Hutchinson) having no Objection to same;

IT IS, therefore on this 17 day of October, 2011,

ORDERED that the terms of the defendants bail be modified by the Removal of the Home Detention condition, with Electronic Monitoring.

IT IS FURTHER ORDERED that All other conditions of the Court's Bail Order previously entered remain in effect

_____
Hon. Dennis M. Cavanaugh
United States District Judge