UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-cr-102 |
| vs. | : | Hon. Dennis M. Cavanaugh |
| TERREKE BRANCH | : | <u>ORDER MODIFYING SURRENDER DATE</u> |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Rodney C. Villazor, Assistant United States Attorney, appearing), in the presence of Olubukola Adetula, Esq., attorney for defendant Terreke Branch, for an order modifying the Judgment (doc. 46) entered on December 19, 2011, ordering defendant Terreke Branch to surrender for service of sentence designated by the Bureau of Prisons 45 days from the date of sentence, and the Court having considered the request of the Government to extend the surrender date an additional 45 days, and defendant Terreke Branch having no objection, the Court hereby modifies its Judgment as follows:

IT IS, on this _26_ day of January, 2012

ORDERED Defendant Terreke Branch shall surrender for servuce of sentence at the institution designated by the Bureau of Prisons as designated on March 16, 2012.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge